```
1  DARRELL D. DENNIS
   Nevada Bar No. 006618
2  MATTHEW A. CAVANAUGH
   Nevada Bar No. 11077
3  BLAKE A. DOERR
   Nevada Bar No. 9001
4  LEWIS BRISBOIS BISGAARD & SMITH llp
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   702.893.3383
6  FAX: 702.893.3789

7  Attorneys for
   Anthony Nelson Hardaway
8
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES PATRICK MILLER, | CASE NO. 2:19-cv-00591-JCM-EJY |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER FOR DISMISSAL OF ACTION |
| ANTHONY NELSON HARDAWAY; DOES I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, | |
| Defendant. | |

IT IS HEREBY STIPULATED and AGREED between Plaintiff CHARLES PATRICK MILLER ("Plaintiff") by and through counsel of record DE CASTROVERDE LAW GROUP, and Defendant ANTHONY NELSON HARDAWAY ("HARDAWAY") by and through the undersigned and the undersigned counsel of record, that all of Plaintiff's claims and causes of action against HARDAWAY in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

/ / /
/ / /
/ / /
/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4832-0417-3730.1

IT IS FURTHER STIPULATED AND AGREED, that all pending pleadings, pending hearings, and trial of this matter shall be vacated.

DATED this 23 day of April, 2019.	DATED this 15th day of ~~August~~ October, 2019.

DE CASTROVEREDE LAW GROUP	LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____	By: _____
Alex J. De Castroverde	DARRELL D. DENNIS, ESQ.
Orlando De Castroverde	Nevada Bar No. 006618
DE CASTROVERDE LAW GROUP	BLAKE A. DOERR, ESQ.
1149 S. Maryland Pkwy	Nevada Bar No. 009001
Las Vegas, NV 89104	6385 S. Rainbow Boulevard, Suite 600
*Attorneys for the Plaintiff*	Las Vegas, Nevada 89118
	*Attorneys for Defendant*
	*Anthony Nelson Hardaway*

ORDER

IT IS SO ORDERED.

DATED October 17, 2019.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
DARRELL D. DENNIS, ESQ.
Nevada Bar No. 006618
BLAKE A. DOERR, ESQ.
Nevada Bar No. 009001
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*
*Anthony Nelson Hardaway*